DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL PRONMAN,** an Individual, **GARY PRONMAN,** an Individual, and **MOVIE STAR MUSCLECARS, INC.,** a Foreign Corporation,
Appellants,

v.

**BRIAN STYLES,** an Individual, and **SAMANTHA STYLES,** an Individual,
Appellees.

No. 4D19-1632

[April 16, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Tuter, Judge; L.T. Case No. 09-43833 CACE (07).

Gary S. Ostrow of The Law Firm of Gary S. Ostrow, P.A., Fort Lauderdale, for appellants.

Corey Pronman, Royal Oak, Michigan, Pro Hac Vice, for appellant Movie Star Musclecars, Inc., a Foreign Corporation.

John J. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and BOKOR, ALEXANDER, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***